[No. 12589–3–I. Division One. March 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSIE M. LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00834–2, Rosselle Pekelis, J., entered December 13, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Andersen and Ringold, JJ.

[No. 13124–9–I. Division One. March 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEE DAWSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00652–1, Jack Richey, J. Pro Tem., entered April 21, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Corbett and Scholfield, JJ.

[No. 6091–4–II. Division Two. March 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. EZELL JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–00654–1, James P. Healy, J., entered December 8, 1981. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.